### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO
### Judge Robert E. Blackburn

Civil Case No. 11-cv-02624-REB-MEH

SHAWN HUDSON,

    Plaintiff,

v.

ALAN MARKS, in his individual capacity,
STEVE BISCARO, in his individual capacity,
BRIAN HARRELL, in his individual capacity, and
THE CITY OF COLORADO SPRINGS, COLORADO,

    Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

    The matter is before me on the **Stipulation of Dismissal With Prejudice** [#21][1] filed May 31, 2012. After reviewing the stipulation and the file, I conclude that the stipulation should be approved and that this action should be dismissed with prejudice.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the **Stipulation of Dismissal With Prejudice** [#21] filed May 31, 2012, is **APPROVED**;

    2. That the Trial Preparation Conference set for November 2, 2012, is **VACATED**;

    3. That the jury trial set to commence November 19, 2012, is **VACATED**;

---

[1] "[#21]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

    4.  That any pending motion is **DENIED** as moot; and

    5.  That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated May 31, 2012, at Denver, Colorado.

                          **BY THE COURT:**

*[Signature: Bob Blackburn]*
Robert E. Blackburn
United States District Judge